**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

BRIAN DOUGLAS PITTMAN                                                      PLAINTIFF

V.                                   4:09CV00195 SWW/JTR

CHARLES SMITH; Director,
Arkansas State Hospital; and
DR. BRASHEARS, Hot Springs
County Memorial Hospital                                                   DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to 28 U.S.C. § 1915(e)(2): (a) Plaintiff's § 1983 challenge to his involuntary commitment is DISMISSED, WITHOUT PREJUDICE; and (b) Plaintiff's inadequate medical care claim is DISMISSED, WITH PREJUDICE.

2. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 12th day of May, 2009.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE